IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00704–CMA–KMT

LAUREN P. ANDERSON, and
WILLIAM W. ANDERSON, III,

    Plaintiffs,

v.

HCA-HEALTHONE, LLC, a Colorado limited liability company, d/b/a The Medical Center of Aurora, also d/b/a Centennial Medical Plaza,
ALEKSANDRA M. KAMINSKA, M.D.,
DAVID C. VAN PELT, M.D.,
BROOKS W. LONG, M.D.,
CRITICAL CARE & PULMONARY CONSULTANTS, P.C., a Colorado professional corporation,
JEFFREY A. FRIEDLAND, M.D.,
CHRISTOPHER G. McLAUGHLIN, M.D.,
RADIOLOGY IMAGING ASSOCIATES, P.C., a Colorado professional corporation,
SALLIE B. CLARK, M.D., and
SURGICAL CONSULTANTS OF AURORA, P.C., a Colorado professional corporation,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Aleksandra M. Kaminska, M.D., David C. Van Pelt, M.D., Brooks W. Long, M.D., and Critical Care & Pulmonary Consultants, P.C., Motion to Continue the June 25, 2009 Scheduling Conference" (# 45, filed May 18, 2009) is DENIED for failure to confer under local rule 7.1A.

"Defendant HCA-Healthone, LLC's (d/b/a The Medical Center of Aurora, and also d/b/a Centennial Medical Plaza) Request for Leave of Court to File its F.R.C.P. 7.1 Disclosure Statement" (# 46, filed May 19, 2009) appears to be the actual disclosure statement. Leave of the court to file the same is unnecessary. Therefore, the request (docketed as a motion) is DENIED as moot.

Dated: May 21, 2009