**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 09-cv-00704-CMA-KMT

LAUREN P. ANDERSON, and
WILLIAM W. ANDERSON, III,

    Plaintiffs,

v.

HCA-HEALTH ONE LLC, a Colorado limited liability company,
    d/b/a THE MEDICAL CENTER OF AURORA, and also
    d/b/a CENTENNIAL MEDICAL PLAZA,
ALEKSANDRA M. KAMINSKA, M.D.,
DAVID C. VAN PELT, M.D.,
BROOKS W. LONG, M.D.,
CRITICAL CARE & PULMONARY CONSULTANTS, P.C.,
    a Colorado professional corporation,
JEFFREY A. FRIEDLAND, M.D.,
CHRISTOPHER G. McLAUGHLIN, M.D.,
RADIOLOGY IMAGING ASSOCIATES, P.C., a Colorado professional corporation,
SALLIE B. CLARK, M.D., and
SURGICAL CONSULTANTS OF AURORA, P.C., a Colorado professional corporation,

    Defendants.

---

**ORDER GRANTING DISMISSAL OF
DEFENDANT RADIOLOGY IMAGING ASSOCIATES, P.C.**

---

    This matter is before the Court on the parties' Stipulation To Dismiss Defendant Radiology Imaging Assiciates, P.C. (Only) Without Prejudice (Doc. # 76).  The Court has reviewed the Stipulation and ORDERS as follows:

    Defendant Radiology Imaging Associates, P.C. is hereby DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that each party shall pays his, her or its own costs and fees.  It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Radiology Imaging Associates, P.C. as a defendant in this case.

DATED:  August   25  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge