# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Christine M. Arguello

Civil Action No. 09-cv-00704-CMA-KMT

LAUREN P. ANDERSON, and
WILLIAM W. ANDERSON, III,

    Plaintiffs,

v.

HCA-HEALTH ONE LLC, a Colorado limited liability company,
    d/b/a THE MEDICAL CENTER OF AURORA, and also
    d/b/a CENTENNIAL MEDICAL PLAZA,
ALEKSANDRA M. KAMINSKA, M.D.,
DAVID C. VAN PELT, M.D.,
BROOKS W. LONG, M.D.,
CRITICAL CARE & PULMONARY CONSULTANTS, P.C.,
    a Colorado professional corporation,
JEFFREY A. FRIEDLAND, M.D.,
CHRISTOPHER G. McLAUGHLIN, M.D.,
RADIOLOGY IMAGING ASSOCIATES, P.C., a Colorado professional corporation,
SALLIE B. CLARK, M.D., and
SURGICAL CONSULTANTS OF AURORA, P.C., a Colorado professional corporation,

    Defendants.

## ORDER GRANTING DISMISSAL OF
## DEFENDANT ALEKSANDRA M. KAMINSKA, M.D.

This matter is before the Court on the parties' Stipulation To Dismiss Defendant Aleksandra M. Kaminska, M.D. (Only) With Prejudice (Doc. # 93).  The Court has reviewed the Stipulation and ORDERS as follows:

Defendant Aleksandra M. Kaminska, M.D. is hereby DISMISSED WITH PREJUDICE.  It is

FURTHER ORDERED that each party shall pays his or her own costs and fees. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Aleksandra M. Kaminska, M.D. as a defendant in this case.

DATED: November  6 , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge