## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 09-cv-00704-CMA-KMT

LAUREN P. ANDERSON, and
WILLIAM W. ANDERSON, III,

    Plaintiffs,

v.

HCA-HEALTH ONE LLC, a Colorado limited liability company,
    d/b/a THE MEDICAL CENTER OF AURORA, and also
    d/b/a CENTENNIAL MEDICAL PLAZA,
DAVID C. VAN PELT, M.D.,
BROOKS W. LONG, M.D.,
CRITICAL CARE & PULMONARY CONSULTANTS, P.C.,
    a Colorado professional corporation,
JEFFREY A. FRIEDLAND, M.D.,
CHRISTOPHER G. McLAUGHLIN, M.D.,
SALLIE B. CLARK, M.D., and
SURGICAL CONSULTANTS OF AURORA, P.C., a Colorado professional corporation,

    Defendants.

---

## ORDER GRANTING DISMISSAL OF
## DEFENDANT JEFFREY A. FRIEDLAND, M.D.

---

    This matter is before the Court on the parties' Stipulation To Dismiss Defendant Jeffrey A. Friedland, M.D. (Only) With Prejudice (Doc. # 100).  The Court has reviewed the Stipulation and ORDERS as follows:

    Defendant Jeffrey A. Friedland, M.D. is hereby DISMISSED WITH PREJUDICE.

It is

FURTHER ORDERED that each party shall pays his or her own costs and fees.

It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Jeffrey A. Friedland, M.D. as a Defendant in this case.

DATED:  December   7  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge