IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 09-cv-00704-CMA-KMT

LAUREN P. ANDERSON, and
WILLIAM W. ANDERSON, III,

    Plaintiffs,

v.

HCA-HEALTH ONE LLC, a Colorado limited liability company,
   d/b/a THE MEDICAL CENTER OF AURORA,
DAVID C. VAN PELT, M.D.,
BROOKS W. LONG, M.D.,
CRITICAL CARE & PULMONARY CONSULTANTS, P.C.,
   a Colorado professional corporation,
JEFFREY A. FRIEDLAND, M.D.,
CHRISTOPHER G. McLAUGHLIN, M.D.,
SALLIE B. CLARK, M.D., and
SURGICAL CONSULTANTS OF AURORA, P.C., a Colorado professional corporation,

    Defendants.

## ORDER GRANTING DISMISSAL OF
## DEFENDANT HCA-HEALTH ONE LLC

This matter is before the Court on the parties' Stipulation To Dismiss Defendant HCA-Health One LLC (Only) With Prejudice (Doc. # 112). The Court has reviewed the Stipulation and ORDERS as follows:

Defendant HCA-Health One LLC is hereby DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs and fees. It is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of HCA-Health One LLC as a Defendant in this case.

DATED: March __04__, 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge