IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-CV-00704 CMA-KMT

Lauren P. Anderson, and
William W. Anderson, III,
                       Plaintiffs,

v.

David C. Van Pelt, M.D.,
Brooks W. Long, M.D., and
Sallie B. Clark, M.D.,
                       Defendants.

_____

PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES RAISED BY REFERENCE
_____

      Plaintiffs, through their undersigned attorney of record, move the Court to strike two Affirmative Defenses raised by reference in the Final Pretrial Order by Defendant Sallie B. Clark, M.D. Those Affirmative Defenses are the Uniform Contribution Among Joint Tortfeasors Act and prior existing condition, neither of which that Defendant asserted in her Answer and Affirmative Defenses (Doc. # 109).

      Pursuant to D.C.COLO.LCivR 7.1(A), the undersigned attorney certifies that he has conferred by a series of emails with Defendant Clark's lead attorney to resolve these two disputed matters, but to no avail.

Plaintiffs set forth the grounds for this Motion more fully in the accompanying Brief in Support.  Each of these two Affirmative Defenses is legally insufficient.  Plaintiffs are entitled to an Order striking these Affirmative Defenses from the Final Pretrial Order pursuant to Rule 12(f), Federal Rules of Civil Procedure.

WHEREFORE, Plaintiffs through their undersigned attorney of record move the Court to hear from all parties on this matter and thereafter enter its Order striking each of the two stated Affirmative Defenses from the Final Pretrial Order as to Defendant Clark.  (Plaintiffs acknowledge that Defendants Van Pelt and Long timely asserted those Affirmative Defenses and are entitled to assert them at trial if they so choose.)

Respectfully submitted,

*/s/ John D. Rawls*
John D. Rawls
John D. Rawls, Attorney, P.C.
921 S. 10th Street
P.O. Box 2495
Laramie, WY 82073-2495
Tel: (775) 530-1899
Fax: (307) 460-7009
Email: attyrawls@yahoo.com

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2011, I electronically filed a true and correct copy of the above and foregoing Plaintiffs' Motion to Strike Affirmative Defenses Raised by Reference with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

| | |
|---|---|
| Douglas C. Wolanske | Stephen J. Hensen |
| Faraci Wolanske LLC | Amy E. Cook-Olson |
| 1512 Larimer Street, Suite 1050 | Murphy Decker Hensen & Cook-Olson, P.C. |
| Denver, CO 80202 | 1510 West Canal Court, Suite 1500 |
| dwolanske@fw-llc.com | Littleton, CO 80120 |
| athompson@fw-llc.com | shensen@murphy-deckerpc.com |
| jscott@fw-llc.com | acookolson@murphy-deckerpc.com |
| | kcreasey@murphy-deckerpc.com |

/s/ *John D. Rawls*
E-mail:     *attyrawls@yahoo.com*

3