IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 09-cv-00704-CMA-KMT

LAUREN P. ANDERSON, and
WILLIAM W. ANDERSON, III,

     Plaintiffs,

v.

DAVID C. VAN PELT, M.D.,
BROOKS W. LONG, M.D.,
CHRISTOPHER G. McLAUGHLIN, M.D., and
SALLIE B. CLARK, M.D.,

     Defendants.

---

**ORDER REGARDING STIPULATED MOTION REQUESTING
ENTRY OF FINAL JUDGMENT UNDER FED. R. CIV. P. 54(b)**

---

     This matter is before the Court on Plaintiffs' and Defendant Christopher G. McLaughlin, M.D.'s Stipulated Motion Requesting Entry of Final Judgment Under Fed. R. Civ. P. 54(b) (Doc. # 211).  The Court, having reviewed the matter and being fully apprised, hereby GRANTS the Stipulated Motion.  It is, therefore, hereby

     ORDERED that this matter is fully and finally resolved as to the dispute between Plaintiffs and Defendant McLaughlin **only**; and, therefore, Defendant Christopher G. McLaughlin, M.D. is hereby DISMISSED WITH PREJUDICE; it is

     FURTHER ORDERED that both Plaintiffs and Defendant McLaughlin shall pay their own costs and fees; it is

FURTHER ORDERED that the caption on all subsequent filings shall reflect the removal of Christopher G. McLaughlin, M.D. as a Defendant in this case; and it is

FURTHER ORDERED the dismissal of Defendant Christopher G. McLaughlin, M.D. is certified to be a final judgment under Fed. R. Civ. P. 54(b).

DATED:  April   28  , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge