IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00704–CMA–KMT

LAUREN P. ANDERSON, and
WILLIAM W. ANDERSON, III,

    Plaintiffs,

v.

DAVID C. VAN PELT, M.D.,
BROOKS W. LONG, M.D.,
JEFFREY A. FRIEDLAND, M.D., and
SALLIE B. CLARK, M.D.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiffs' Motion to Compel Scheduling of Perpetuation Deposition" (Doc. No. 220, filed Sept. 6, 2011) is GRANTED. The deposition of Kimberly Moreland, M.D. is compelled to take place on **October 15, 2011**, at a time convenient to Dr. Moreland's schedule.

The clerk of court is directed to send a copy of this minute order to Dr. Moreland's attorney, Craig Sargent, at:

    Craig A. Sargent
    Prior Johnson Carney Karr Nixon P.C.
    5619 DTC Parkway, Suite 1200
    Greenwood Village, CO 80111
    Phone: (303) 773-3500
    Direct: (303) 874-3405
    Fax: (303) 779-0740
    csargent@pjckn.com

Dated: September 9, 2011